IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF

Robert John Lofgren - #144889

/

**ORDER TO SHOW CAUSE**

It appearing that Robert John Lofgren has been enrolled as an inactive member of the State Bar of California pursuant to Rule 9.31 of the California Rules of Court and that he may not practice law while so enrolled effective July 1, 2009,

**IT IS ORDERED**

That respondent show cause in writing on or before October 1, 2009 as to why he should not be suspended from practice before this Court.

Dated: _____

VAUGHN R. WALKER
United States District Chief Judge

Mailing Address:

Robert John Lofgren
Law Offices of Robert J. Lofgren
1532 Madrid Drive, #201
Vista, CA 92081